<u>**NOT FOR PUBLICATION**</u>

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| JERSEY CITY REDEVELOPMENT AGENCY, | : |
| Plaintiff, | : Civil Action No. 22-1688 (JXN) (AME) |
| v. | : |
| | : **ORDER** |
| URBAN LEAGUE AFFORDABLE HOUSING COMMUNITY DEVELOPMENT CORP., *et al.*, | : |
| Defendants. | : |

<u>**NEALS**</u>, <u>District Judge</u>:

Before this Court is the Report and Recommendation ("R&R") entered on July 29, 2022, by Magistrate Judge Andre M. Espinosa ("Judge Espinosa"), (ECF No. 34), recommending that this case be remanded to the Superior Court of New Jersey, Law Division, Hudson County based on a lack of subject matter jurisdiction. This Court has reviewed the reasons set forth by Judge Espinosa in the R&R and notes that no objections were filed. Based on the foregoing, and for good cause shown,

**IT IS** on this 16th day of August, 2022,

**ORDERED** that Magistrate Judge Espinosa's July 29, 2022 R&R (ECF No. 34), is adopted as the conclusions of law of this Court and this matter is hereby **REMANDED** to the Superior Court of New Jersey, Law Division, Hudson County based on the aforementioned lack of jurisdiction; and it is further

**ORDERED** that the Clerk of Court shall **CLOSE** this matter.

s/ Julien Xavier Neals<br>
**JULIEN XAVIER NEALS**<br>
**United States District Judge**

Orig: Clerk
cc: Parties
    Andre M. Espinosa, U.S.M.J.